# Third District Court of Appeal

## State of Florida

Opinion filed August 23, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1689
Lower Tribunal No. 20-4274 CC
_____

**Jerry Fernandez,**
Appellant,

vs.

**Stanley I. Foodman, P.A., etc.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Gordon Murray, Judge.

Jerry Fernandez, in proper person.

The Foodman Firm, P.A., and Daniel Foodman and Raymond S. Boyle, for appellee.

Before LOGUE, C.J., and SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed. See Lloyd S. Meisels, P.A. v. Dobrofsky, 341 So. 3d 1131, 1136 (Fla. 4th DCA 2022) ("Because the defendants failed to file a response with their supporting factual position, as required under the amended rule, the trial court was permitted to consider the facts set forth in the plaintiff's motion for summary judgment as 'undisputed for purposes of the motion.'"); Fla. R. Civ. P. 1.510(e)(2) ("If a party fails to properly support an assertion of fact or fails to properly address another party's assertion of fact as required by rule 1.510(c), the court may . . . consider the fact undisputed for purposes of the motion.").